Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ashlyn Saenz-Ochoa
Assistant Federal Public Defender
New Mexico State Bar No. 161658
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ashlyn_Saenz-Ochoa@fd.org
Laura_Barrera@fd.org

*Attorney for Petitioner Mario Rolando Tec Caal

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mario Rolando Tec Caal, | |
| Petitioner, | Case No. 2:26-cv-00894-GMN-BNW |
| v. | **Stipulation and Order for Extension of Time to File First Amended Petition** |
| Pamela Bondi, *et al.*, | |
| Respondents. | **(First Request)** |

Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition by seven days, up to and including April 13, 2026, and the Respondents' response to the petition by an additional seven days. This is the first request for an extension of time.

1

Petitioner filed his pro se petition for writ of habeas corpus under 28 U.S.C. § 2241 on March 25, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Tec Caal on March 26, 2026.[2] Undersigned counsel appeared on March 30, 2026.[3] This Court directed the FPD to file an amended petition by April 6, 2026.[4] For the reasons explained below, the parties now enter into this Stipulation requesting a seven day extension of time for Petitioner to file his amended petition and an additional seven days for Respondents to respond.

Counsel for Petitioner was recently assigned to this case on Monday, March 30, 2026. Undersigned counsel still needs to schedule a client meeting with Mr. Tec Caal early next week. Once the client meeting is scheduled and has occurred, counsel will also need sufficient time to prepare the amended petition. This extension will allow for this.

Undersigned counsel and counsel for Respondents, AUSA Tamer B. Botros, have conferred regarding the need for an extension of time to file the amended petition and agree on the proposed extension of seven days for the Petitioner. Respondents have also requested an additional seven days to respond to the amended petition. Undersigned counsel has agreed to this initial request but has communicated to Respondents she will be unable to agree to anything further. As such, this request is not sought for the purpose of delay but in the interest of justice and the best interest of the Petitioner.

---

[1] ECF No. 1.

[2] ECF No. 3.

[3] ECF No. 7.

[4] ECF No. 3.

Dated April 3, 2026.

Respectfully submitted,

Sigal Chattah                              Rene L. Valladares
Acting United States Attorney              Federal Public Defender

/s/ *Tamer B. Botros*                       */s/ Ashlyn Saenz-Ochoa*
Tamer B. Botros                            Ashlyn Saenz-Ochoa
Assistant United States Attorney           Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:    April 3, 2026

3

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed on April 3, 2026. I certify that some of the participants in the case are not registered electronic filing system users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third-party commercial carrier for delivery within three calendar days, to the following person:

| | |
|---|---|
| Mario Orlando Tec Caal, A4402<br>Nevada Southern Detention Center<br>2190 E. Mesquite Avenue<br>Pahrump, NV 89060 | Michael Bernanke<br>Salt Lake City ICE Field Office Director<br>2975 Decker Lake Drive, Ste 100<br>West Valley City, UT 841179-6096 |
| Todd Lyons<br>500 12th St SW<br>Washington, DC 20536 | Markwayne Mullin<br>Secretary of the Department of<br>Homeland Security<br>245 Murray Lane SW,<br>Washington, DC 20528 |
| Kerri Ann Quihuis<br>Director, ICE Las Vegas Field Office<br>501 Las Vegas Blvd. South, Suite 1000<br>Las Vegas, NV 89101 | |

4